## Morris Investment Company, Appellant, v. Cornelius Butler and Laura Butler, Appellees.

**Gen. No. 44,896.**

Jesse Marcus, for appel-

lant; Henry C. Ferguson, for appellees. Opinion by JUSTICE KILEY. Not to be published in full. Opinion filed April 5, 1950; released for publication May 17, 1950.